**No. 66802.**—Heeksuede, Inc. *v.* United States, protests 60/27315 and 60/27363 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.

**No. 66803.**—Leslie B. Canion *v.* United States, protest 61/8808 (Galveston).

Opinion by RAO, J. In accordance with stipulation of counsel that the issues are similar in all material respects to those involved in *United States* v. *Robert K. Herbst* (48 C.C.P.A. 145, C.A.D. 781), the claim of the plaintiff was sustained, and it was held that the personal exemptions should be applied against the value of said automobile to the extent that said exemptions were otherwise uncharged.

**No. 66804.**—C. A. Haynes & Co. *v.* United States, protest 269948–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.